# United States District Court

DISTRICT OF KANSAS

WAYNE ANDERSON, Individually and
On Behalf of Others Similarily Situation,

Plaintiff,

V.

SPIRIT AEROSYSTEMS HOLDING, INC., et al.,

Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: 13-2261-EFM

☐ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that pursuant to the Memorandum and Order filed on May 14, 2015 (Doc. 73), Defendant's Motion to Dismiss (Doc. 54) is GRANTED.

This case is DISMISSED.

5/14/2015
*Date*

TIMOTHY M. O'BRIEN
*Clerk*

/s Cindy McKee
*(By) Deputy Clerk*